PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO.,<br><br>　　Plaintiff,<br><br> vs.<br><br>PHOENICIAN LLC, PHOENICIAN HOMEOWNERS ASSOCIATION, and EVEREST INSURANCE COMPANY,<br><br>　　Defendants. | Case No. 2:13-CV-02578-WBS-DAD<br><br>[Assigned for all purposes to the Honorable William B. Shubb]<br><br>**[PROPOSED] ORDER GRANTING AIG SPECIALTY INSURANCE COMPANY'S NOTICE OF EX PARTE APPLICATION AND APPLICATION TO CONTINUE STATUS CONFERENCE**<br><br>(Accompanying Notice of Ex Parte Application and Application; and Declaration of Jennifer Yu Sacro concurrently herewith) |

　　The Court, having considered the Ex Parte Application of Plaintiff AIG Specialty Insurance Company to continue the April 14, 2014 Status (Pretrial Scheduling) Conference, the papers filed in connection with the Application, any argument thereon, and the records and files herein, rules as follows:

　　Plaintiff's Ex Parte Application is GRANTED. Accordingly, IT IS HEREBY ORDERED that: (1) the Status (Pretrial Scheduling) Conference is continued to June 9, 2014 at, 2:00 p.m.; (2) the parties' deadline to confer and attempt to agree

- 1 -
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION

1  upon a discovery plan is continued to twenty-one (21) calendar days before June 9,
2  2014; and (3) the parties' deadline to submit a joint Status Report is continued to
3  fourteen (14) days before June 9, 2014.

5  Dated:  March 28, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE