1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> PHOENICIAN LLC, PHOENICIAN HOMEOWNERS ASSOCIATION, and EVEREST INDEMNITY INSURANCE COMPANY, <br><br> Defendants. | Case No. 2:13-CV-02578-WBS-DAD <br><br> **ORDER GRANTING IN PART AND DENYING IN PART AIG SPECIALTY INSURANCE COMPANY'S EX PARTE APPLICATION FOR ORDER DEEMING THE DECLARATION OF RODRICK REED AND EXHIBITS [1-69] IN SUPPORT OF OPPOSITION TO EVEREST INDEMNITY INSURANCE COMPANY'S MOTION TO DISMISS FILED UNDER SEAL** |

The Court, having read and considered plaintiff AIG Specialty Insurance Company's ("AIG Specialty") *Ex Parte* Application for an Order deeming the Declaration of Rodrick Reed and Exhibits 1–69, (thereto in support of AIG Specialty's Opposition to Everest Indemnity Insurance Company's Motion to Dismiss) filed under seal, as well as the Declaration of Eric B. Hermanson and Declaration of Michael Houshmand in support thereof, and for good cause appearing,

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION

14176520v.1

PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

IT IS HEREBY ORDERED,

1. That AIG Specialty's Ex Parte Application is GRANTED IN PART as to Exhibits 1–5, 8–33, 35, 37–50, and 63–66 and DENIED IN PART as to the remaining Exhibits and Rodrick Reed's affidavit. The remaining documents appear to make no reference to information that is privileged, confidential, or otherwise sensitive.

2. That Exhibits 1–5, 8–33, 35, 37–50, and 63–66, submitted on August 22, 2014, are deemed filed under seal.

Dated:  September 5, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE