PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO.,<br><br>         Plaintiff,<br><br>  vs.<br><br>PHOENICIAN LLC, PHOENICIAN HOMEOWNERS ASSOCIATION, and EVEREST INDEMNITY INSURANCE COMPANY,<br><br>         Defendants. | Case No. 2:13-CV-02578-WBS-DAD<br><br>[Assigned for all purposes to the Honorable William B. Shubb]<br><br>**ORDER GRANTING LEAVE TO FILE SURREPLY AND FURTHER RESPONSE ON EVEREST INDEMNITY INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>[Filed concurrently with Parties' Stipulation Regarding Filing of Surreply and Further Response on Everest Indemnity Company's Motion to Dismiss] |

Based on the parties' stipulation, and good cause appearing therefor, it is hereby <u>ordered</u> that [1] on or before September 17, 2014, AIG Specialty Insurance Company may file its Proposed Surreply, not to exceed fourteen pages, in opposition to Everest Indemnity Company's Motion to Dismiss; and [2] on or before September 19, 2014, Everest may (if it feels the need) file a response to AIG Specialty's Surreply, not to exceed seven pages.

**IT IS SO ORDERED.**

Dated: September 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

14270930v.1