PALMER, LOMBARDI & DONOHUE LLP
515 South Flower Street, Suite 2100
Los Angeles, California 90071

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> PHOENICIAN LLC and EVEREST INDEMNITY INSURANCE CO., <br><br> Defendants. | Case No. 2:13-CV-02578-WBS-DAD <br><br> [Assigned for all purposes to the Honorable William B. Shubb] <br><br> **ORDER RE STIPULATION TO EXTEND DISCOVERY AND RESET SCHEDULING ORDER DEADLINES** <br><br> [Filed concurrently with Stipulation to Extend Discovery and Reset Scheduling Order Deadlines] |

Based on the parties' stipulation, and good cause appearing therefor, the Court modifies the Pre-Trial Scheduling Order ("PTSO") by extending the discovery completion date and resetting the PTSO deadlines as follows:

| | |
|---|---|
| Completion of Discovery And Related Motions | June 25, 2015 |
| Expert Disclosures / Reports | Oct. 30, 2015 |
| Other Motions | Nov. 30, 2015 |
| Final Pre-Trial Conference | **February 1, 2016 at 2:00 p.m**. |

- 1 -

[PROPOSED] ORDER

| | |
|---|---|
| Court Trial | **April 5, 2016 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  February 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE