UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| AIG SPECIALITY INSURANCE COMPANY, f/k/a/ CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>      v.<br><br>PHOENICIAN LLC and EVEREST INDEMNITY INSURANCE COMPANY,<br><br>      Defendants. | Case No. 2:13-cv-02578-WBS-DAD<br><br>ORDER RE: STIPULATION TO EXTEND DISCOVERY |

Based on the parties' stipulation, and good cause appearing therefor, the Court modifies the Pre-Trial Scheduling Order by extending the discovery completion date as follows (with the rest of the dates remaining unchanged):

| | |
|---|---|
| Completion of Discovery And Related Motions | September 30, 2015 |
| Expert Disclosures/Reports | October 30, 2015 |
| Other Motions | November 30, 2015 |
| Final Pre-Trial Conference | February 1, 2016 at 2:00 p.m. |
| Court Trial | April 5, 2016 at 9:00 a.m. |

1

Discovery is stayed until the earlier of: (i) ninety (90) days from the date this Order is entered; or (ii) the parties complete mediation before a private mediator to be selected by the parties.

IT IS SO ORDERED.

Dated: May 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE