UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY, f/k/a CHARTIS SPECIALTY INSURANCE COMPANY, f/k/a/ AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PHOENICIAN LLC and EVEREST INDEMNITY INSURANCE COMPANY,<br><br>Defendants. | No. 2:13-cv-2578 WBS DAD<br><br>ORDER |

On July 31, 2015, this matter came before the undersigned for hearing of plaintiff's motion to extend discovery. Attorney Colin Adkins appeared on behalf of the plaintiff and attorney Joseph Cartan appeared on behalf of defendant Everest Indemnity Insurance Company.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to extend discovery (Dkt. No. 78) is granted in part;

/////

/////

2. The deadline for the completion of discovery is extended to October 30, 2015;

3. The deadline to disclose experts is extended to November 14, 2015; and

4. All other dates previously set in this action shall remain unchanged.

Dated: July 31, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\aig2578.oah.073115.docx