LAW OFFICES OF COLIN ADKINS
1655 GRANT STREET – 8TH FLOOR
CONCORD, CA 94520
TEL. NO.: 925-681-3502
FAX NO.: 855-474-7439

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIG SPECIALTY INSURANCE COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO.,<br><br>  Plaintiff,<br><br> vs.<br><br>PHOENICIAN LLC, PHOENICIAN HOMEOWNERS ASSOCIATION, and EVEREST INSURANCE COMPANY,<br><br>  Defendants. | **Case No. 2:13-CV-02578-WBS-CKD**<br><br>**ORDER OF DISMISSAL**<br><br>[Filed concurrently with Stipulation for Dismissal] |

The Court, having read and considered the Stipulation of Dismissal, and good cause appearing therefor, the Court dismisses this matter with prejudice. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

Dated: January 6, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE